JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant – SANCHEZ-TORTEYA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00306-JCM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ARNALDO SANCHEZ-TORTEYA, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant ARNALDO SANCHEZ-TORTEYA and CHAD MCHENRY, Assistant United States Attorney, that the sentencing currently scheduled for April 23, 2021 at 10:30 a.m., be vacated and reset to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

-1-

3. Counsel for the defense just received the Government's sentencing memorandum yesterday. Due to a language barrier, counsel will not have time to have it translated to the Spanish language and go over it with the defendant before the sentencing date.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: April 18+, 2021,

  /s/ Jess R. Marchese
JESS R MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorney for Defendant


/s/ Chad McHenry
CHAD MCHENRY, ESQ.
Trial Attorney
1301 New York Ave. NW
Washington, DC 20005
Counsel for United States

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV 89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant- SANCHEZ-TORTEYA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-00306-JCM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ARNALDO SANCHEZ-TORTEYA, | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense just received the Government's sentencing memorandum yesterday. Due to a language barrier, counsel will not have time to have it translated and go over it with the defendant before the sentencing date.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing to a date and time convenient to the court.

This is the first request for continuance filed herein.

## ORDER

IT IS HEREBY ORDERED that the Hearing currently scheduled for April 23, 2021, at 10:30 a.m., be continued to the 18th day of June, 2021, at 11:00 a.m. in courtroom 6A.

DATED April 19, 2021.

_____
U.S. DISTRICT JUDGE

-4-