UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-306 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| ARNALDO SANCHEZ TORTEYA, | |
| Defendant(s). | |

Presently before the court is Arnaldo Sanchez Torteya's motion for clarification of judgment. (ECF No. 989).

Local rule 7-2 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." Local Rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." Local Rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Torteya is currently represented by CJA counsel, Justin Bustos. (*See* ECF No. 895). Thus, Torteya's motion is improperly submitted as a pro se motion without the signature of his attorney or points and authorities. If Torteya wishes to move this court for further action in this case, he must do so through his attorney.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

## I.  Conclusion

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Torteya's motion for clarification of judgment (ECF No. 989) be, and the same hereby is, STRICKEN and held for naught.

The clerk shall strike ECF No. 989 from the record.

DATED December 6, 2021.

_____
UNITED STATES DISTRICT JUDGE