UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff(s),<br><br>      v.<br><br>SVYATOSLAV BONDARENKO, et al.,<br><br>                              Defendant(s). | Case No. 2:17-CR-306 JCM (VCF)<br><br>ORDER |

Presently before the court is Arnaldo Sanchez Torteya's *pro se* motion requesting copies of various documents from his case. (ECF No. 1018).

Local rule IA 11-6 provides that "[u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; *all filings must thereafter be made by the attorney*." (emphasis added). Local rule IC 7-1 further provides that "[t]he court may strike documents that do not comply with these rules."

CJA Attorney Justin J. Bustos was appointed as Torteya's appellate counsel on July 30, 2021. (ECF No. 895). Mr. Bustos has not withdrawn or been terminated from the case. Thus, Mr. Torteya's motion was improperly submitted *pro se* after the appearance of an attorney on his behalf. If Mr. Torteya wishes to move this court for further action in this case *in propria persona*, he must file a motion to request withdrawal of his appointed counsel and request to proceed *pro se*. Otherwise, Mr. Torteya may file documents with the court only through the attorney who has appeared on his behalf pursuant to LR IA 11-6.

Further, this is Mr. Torteya's second *pro se* motion filed in recent months despite being previously instructed that "[i]f [he] wishe[d] to move this court for further action in this case, he

**James C. Mahan**
**U.S. District Judge**

1  must do so through his attorney." (ECF No. 997). Mr. Torteya is admonished to comply with this
2  court's orders and the local rules of this court or be subject to appropriate sanctions pursuant to
3  LR IA 11-8.
4      Accordingly,
5      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Torteya's motion
6  requesting copies of case documents (ECF NO. 1018) be, and the same hereby is, DENIED,
7  without prejudice, and STRICKEN and held for naught.
8      The court shall strike ECF No. 1018 from the docket.
9      DATED March 4, 2022.

                                            UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -