1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

UNITED STATES OF AMERICA,                    Case No. 2:17-CR-306 JCM (VCF)

8

Plaintiff(s),                    ORDER

9

v.

10

SVYATOSLAV BONDARENKO, et al.,

11

Defendant(s).

12
13

Presently before the court is the matter of *United States of America v. Bondarenko, et al.*,

14

case no. 2:17-cr-00306-JCM-VCF-5. Arnaldo Sanchez Torteya ("petitioner") filed a motion to

15

vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 1056). The court has

16

examined the motion and finds that further briefing is appropriate. The United States

17

("respondent") shall file a response within 21 days from the date of this order. Thereafter,

18

petitioner will have 14 days to file a reply.

19

Accordingly,

20

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to

21

vacate, set aside, or correct sentence (ECF No. 1056) no later than 21 days from the date of this

22

order. Petitioner may file a reply within 14 days.

23

The clerk is instructed to file this order in the instant matter and in the related civil case,

24

no. 2:22-cv-00865-JCM.

25

DATED June 3, 2022.

26
27

UNITED STATES DISTRICT JUDGE

28

**James C. Mahan**
**U.S. District Judge**